MARRERO, S.

James G. Murphy, Esq. (JM 9152)
Lauren Malanga Casey, Esq. (LM 9595)
Epstein Becker & Green, P.C.
250 Park Avenue
New York, New York 10177
(212) 351-4500
Attorneys for Defendant BlueCat Networks
(USA), Inc.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-10-07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
PAUL OPPENHEIMER, Individually and on Behalf of
All Other Persons Similarly Situated,

          Plaintiff,

– against –

BLUECAT NETWORKS (USA), INC., a/k/a
BLUECAT NETWORKS, INC., MICHAEL HYATT
AND JOHN DOES # 1-10, Jointly and Severally,

          Defendants.
----------------------------------------x

ECF Case

07 CIV 7471 (VM)

**STIPULATION**

IT IS HEREBY STIPULATED and agreed, by and between the undersigned, that defendant BlueCat Networks (USA), Inc.'s ("BlueCat") time to answer, move or otherwise respond to the complaint is extended to October 9, 2007 and that BlueCat waives any affirmative defense based on lack of personal jurisdiction or improper service of the summons and complaint in this action.

Dated: August 30, 2007

| PELTON SERPE LLP | EPSTEIN BECKER & GREEN, P.C. |
|---|---|
| By: _____<br>Brent E. Pelton (BP-1055) | By: _____<br>James G. Murphy (JM-9152)<br>Lauren Malanga Casey (LM-9595) |
| 111 Broadway, 9th Floor<br>New York, New York 10006<br>(212) 725-3600<br>Attorneys for Plaintiff | 250 Park Avenue<br>New York, New York 10177-0077<br>(212) 351-4500<br>Attorneys for Defendant |

SO ORDERED:
10 September 2007

_____
U.S.D.J.
Victor Marrero