UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

Paul Oppenheimer

Plaintiff,

-against-

Blue Cat Networks (USA) Inc., a/k/a
Bluecat Networks, Inc., et al.,    Defendant.

---------------------------------------------------------------x

07 CIVIL 7471 ( )

## NOTICE OF CHANGE OF ADDRESS

To: Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __Earl E. Pelton__

☐ Attorney

    ☒ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: __EEP-1055__

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☒ Law Firm/Government Agency Association

    From: __Lewis Brisbois Bisgaard & Smith LLP__

    To: __Pelton Serpe LLP__

    ☒ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____

☒ Address: __111 Broadway, 9th Floor__
☒ Telephone Number: __(212) 725-3600__
☒ Fax Number: __(212) 385-4600__
☒ E-Mail Address: __pelton@peltonserpe.com__

Dated: __Aug 22, 2007__

_E. E. P._